UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

**FILED**

JUN 2 1 2011

CLERK

BEVERLY M. OKESON,

Plaintiff,

vs.

MONUMENTAL LIFE INSURANCE
COMPANY,

Defendant.

**CIVIL ACTION NO. 11-1005**

**JUDGMENT OF DISMISSAL**

Pursuant to the parties' stipulation for dismissal (Docket 39), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits

with prejudice and without costs or further notice to either party.

Dated June 21, 2011

CHARLES B. KORNMANN
UNITED STATES DISTRICT JUDGE